IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   12-cr-00338-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO RODRIGUEZ,
    a.k.a. Arturo Espino

    Defendant.

---

**ORDER**

---

PURSUANT to and in accordance with the Order entered by the Honorable Judge William J. Martínez, it is

ORDERED that Defendant Arturo Rodriguez is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 23 day of October 2012.

BY THE COURT:

William J. Martínez
United States District Judge